AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

James Heneghan and Gregory Perkins,
individually and on behalf of all others similarly
situated,

V.

SlimWare Utilities, Inc.

CASE NUMBER: 1:13-cv-04056

ASSIGNED JUDGE: Hon. Ronald A. Guzman

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey T. Gilbert

TO: (Name and address of Defendant)

SlimWare Utilities, Inc.
2953 Bienville Boulevard, Suite 566
Ocean Springs, Mississippi 39564

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David I. Mindell
Edelson LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DE THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: June 3, 2013

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Plaintiffs
**JAMES HENEGHAN and GREGORY PERKINS**,
individually and on behalf of all others similarly situated

vs.

Defendant
**SLIMWARE UTILITIES, INC.**

Case No.: 1:13-cv-04056
Compliance Date: 6/11/2013

I _Donna Davis_, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

Date/Time Received: 6/4/2013

Document(s): Summons, Class Action Complaint And Demand For Jury Trial, Plaintiff's Motion For And Memorandum In Support Of Class Certification, Declaration In Support Of Plaintiff's Motion For Class Certification, Exhibit(s), Notice Of Motion

Serve To: SLIMWARE UTILITIES, INC.

Address: 8775 Old Spanish Trail, Suite H, Ocean Springs, MS

Date Served: _6/11/13_ Time Served: _6:20_ AM/**PM**

Method of Service: [ ] Individual [ ] Substitute [X] Corporate [ ] Govt. Agency [ ] Posted [ ] Other [ ] Non-Served )

Person Served: _Chris Cope_ Capacity: _CEO_

Address: _8775 Old Spanish Trail #H Ocean Springs MS 39564_

Military Status: [X] N/A [ ] Not in Military [ ] Active Duty Military

After exercising reasonable diligence, I was unable to deliver copies to said person within _____ county, MS. I served the documents listed above on the ____ day of _____, _____, at the usual place of adobe of said person by leaving a true copy of the documents listed above with _____, who is the _____ (insert family relationship), a member of the family who is above the age of sixteen years old who was willing to receive service. And thereafter on the ____ day of _____, _____, I mailed (by first class postage prepaid) copies to the person served at his/her place of adobe where copies were left.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Donna Davis_

Executed on _6/13/13_

Keith Investigations, LLC d/b/a Qua
418 Pittman Road
Ellisville, MS 39437
(601) 319-2675

State of _Mississippi_
County of _Jackson_
Subscribed and sworn to before me, a notary public, on _6/13/13_
_H. Bennett_
Notary Public
My Commission Expires: _3/28/15_

ID: 32346

STATE OF MISSISSIPPI
CRATON H. BENNETT
NOTARY PUBLIC
ID No. 84526
Commission Expires
March 28, 2015
JACKSON COUNTY