## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES HENEGHAN and GREGORY PERKINS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>SLIMWARE UTILITIES, INC., a Mississippi corporation,<br><br>    *Defendant*. | Case No. 1:13-cv-04056 |

## ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED
## MOTION TO SEAL EXHIBITS TO JUNE 27, 2013 DECLARATION OF CHRIS COPE

Defendant Slimware Utilities, Inc. having moved this Court for an order sealing the exhibits to the June 27, 2013 Declaration of Chris Cope (Dkt. 18), and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT Exhibit C attached to the Declaration of Chris Cope (Dkt. 18-3) be permanently sealed and removed from the public record.

Entered this 16th day of July, 2013.

_____
Honorable Ronald A. Guzman

Dated: July 11, 2013

Respectfully submitted,

**SLIMWARE UTILITIES, INC.**

By: _____
   Its Attorney

Derek Newman
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
derek@newmanlaw.com
Tel: (206) 274-2800
Fax: (206) 274-2801

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I submitted the foregoing to the Honorable Ronald A. Guzman by email at Proposed_Order_Guzman@ilnd.uscourts.gov, and sent copies via email to:

Stephanie Margaret Snyder - ssnyder@muddlawoffices.com

Benjamin Harris Richman - brichman@edelson.com

David Ira Mindell - dmindell@edelson.com

Rafey S. Balabanian - rbalabanian@edelson.com

Chandler Randolph Givens - cgivens@edelson.com

Charles Lee Mudd, Jr. - cmudd@muddlawoffices.com

                                                                                                                             _____

                                                                                                                            Sarah Skaggs, Paralegal

Derek Newman
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
derek@newmanlaw.com
Tel: (206) 274-2800
Fax: (206) 274-2801