IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES HENEGHAN and GREGORY PERKINS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>SLIMWARE UTILITIES, INC., a Mississippi corporation,<br><br>   *Defendant*. | Case No. 1:13-cv-04056<br><br>Judge Ronald A. Guzman |

## NOTICE OF MOTION

To: Benjamin Harris Richman   Stephanie Margaret Snyder
   David Ira Mindell       Charles Lee Mudd , Jr
   Chandler Randolph Givens   Mudd Law Offices
   Rafey S. Balabanian      3114 West Irving Park Road
   Edelson LLC        Suite 1w
   350 North Lasalle       Chicago, IL 60618
   Suite 1300
   Chicago, IL 60654

   **PLEASE TAKE NOTICE** that on July 23, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, an attorney for the Defendant shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead, in Courtroom 1219 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present Defendant SlimWare Utilities, Inc.'s Motion to Strike the July 31 Status Hearing, a copy of which is herewith served upon you.

- 1 -

Dated: July 17, 2013

                                            Respectfully submitted,

                                            **SLIMWARE UTILITIES, INC.**

                                            By: _/s/ Derek Newman_
                                                  Its Attorney

Derek Newman
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
derek@newmanlaw.com
Tel: (206) 274-2800
Fax: (206) 274-2801

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2013, I electronically filed the foregoing with the U.S. District Court for the Northern District of Illinois, using the ECF system which will send notification and a copy of such filing to all parties of record.

    Stephanie Margaret Snyder - ssnyder@muddlawoffices.com

    Benjamin Harris Richman - brichman@edelson.com

    David Ira Mindell - dmindell@edelson.com

    Rafey S. Balabanian - rbalabanian@edelson.com

    Chandler Randolph Givens - cgivens@edelson.com

    Charles Lee Mudd, Jr. - cmudd@muddlawoffices.com

    Derek Newman
    Attorney for Slimware Utilities, Inc.

Derek Newman
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
derek@newmanlaw.com
Tel: (206) 274-2800
Fax: (206) 274-2801