## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES HENEGHAN and GREGORY PERKINS, individually and on behalf of all others similarly situated,<br><br>                    *Plaintiffs*,<br><br>          *v.*<br><br>SLIMWARE UTILITIES, INC., a Mississippi corporation,<br><br>                    *Defendant*. | Case No. 1:13-cv-04056<br><br>Judge Ronald A. Guzman |

## AMENDED NOTICE OF MOTION

To:     Benjamin Harris Richman          Stephanie Margaret Snyder
        David Ira Mindell                Charles Lee Mudd , Jr
        Chandler Randolph Givens         Mudd Law Offices
        Rafey S. Balabanian              3114 West Irving Park Road
        Edelson LLC                      Suite 1w
        350 North Lasalle                Chicago, IL 60618
        Suite 1300
        Chicago, IL 60654


**PLEASE TAKE NOTICE** that on July 23, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, an attorney for the Defendant shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead, in Courtroom 1219 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present Defendant SlimWare Utilities, Inc.'s Motion to Strike the July 31 Status Hearing, a copy of which is herewith served upon you.

Dated: July 18, 2013

Respectfully submitted,

**SLIMWARE UTILITIES, INC.**

By:_____
        Its Attorney

Derek Newman
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
derek@newmanlaw.com
Tel: (206) 274-2800
Fax: (206) 274-2801

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2013, I electronically filed the foregoing with the U.S. District Court for the Northern District of Illinois, using the ECF system which will send notification and a copy of such filing to all parties of record.

Stephanie Margaret Snyder - ssnyder@muddlawoffices.com

Benjamin Harris Richman - brichman@edelson.com

David Ira Mindell  - dmindell@edelson.com

Rafey S. Balabanian - rbalabanian@edelson.com

Chandler Randolph Givens - cgivens@edelson.com

Charles Lee Mudd, Jr. - cmudd@muddlawoffices.com

Derek Newman
Attorney for Slimware Utilities, Inc.

Derek Newman
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
derek@newmanlaw.com
Tel: (206) 274-2800
Fax: (206) 274-2801